UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JEFF TABOR and
LORI CALDERON TABOR,

    Plaintiffs,

v.                                                      Civ. No. 16-1177 WJ/GJF

STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO.,

    Defendant.

## ORDER STAYING PROCEEDINGS

THIS MATTER is before the Court on the parties' "Joint Motion to Stay Proceedings" ("Motion") [ECF No. 26]. Having reviewed the record, noting the concurrence of the parties, and otherwise being fully advised, the Court finds the Motion is well-taken and that it should be GRANTED.

IT IS THEREFORE ORDERED that the proceedings and all associated pretrial deadlines will be **STAYED** pending the resolution of this case through voluntary binding arbitration.

IT IS FURTHERMORE ORDERED that the parties shall submit closing documents within one week of the conclusion of the arbitration proceeding.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE